CV1221
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARET JOHNSON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-1221 |
| | § § | |
| SSC HOUSTON NORTHWEST OPERATING COMPANY, LLC, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Compel Arbitration (Doc. No. 4); and, Judge Stacy's Memorandum and Recommendation (Doc. No. 8) that the Court grant the Defendant's Motion. Plaintiff did not file a response to the Motion to Compel Arbitration. Therefore, pursuant to the Court's Order of September 11, 2019 (Doc. No. 7), the Defendant's Motion to Compel Arbitration is deemed unopposed. Additionally, Plaintiff has not filed objections to the Memorandum and Recommendation and the time for doing so has passed.

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that the Defendant's motion should be granted. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. No. 8) is **ADOPTED**; and Defendant's Motion to Compel Arbitration (Doc. No. 4) is **GRANTED**.

SIGNED at Houston, Texas, this ___23___ day of October 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE